**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        sbogdanovich@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TIBBS, ANDREW CASTILLO, and ERIC WILIM, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>    vs.<br><br>ARLO TECHNOLOGIES, INC.,<br><br>                          Defendant. | Case No.  5:23-cv-05096-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE OPPOSITION PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12** |

# STIPULATION

WHEREAS, Plaintiffs Casey Tibbs, Andrew Castillo, and Eric Wilim, filed their Complaint in the above-captioned action on October 4, 2023 (ECF No. 1);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint on December 22, 2023, shortly before the Christmas and New Years' holidays (ECF No. 13);

WHEREAS, pursuant to Local Rules, Plaintiffs' would be required to file an opposition Defendant's Motion to Dismiss 14 days after it is served, on January 5, 2024;

WHEREAS, the Court rescheduled a Case Management Conference for January 11, 2024 at 10:00 a.m. (ECF No. 9);

WHEREAS, the Defendant's Motion to Dismiss is still pending and has been set for hearing on February 15, 2024 at 9:00 a.m. (ECF No. 13);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

1. Subject to the Court's approval, the Case Management Conference shall be continued from January 11, 2024 to a later date set by the Court after the Motion to Dismiss is decided.

2. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss is continued from January 5, 2024 to January 19, 2024.

3. Defendant's deadline to file a Reply in support of the Motion to Dismiss is continued to February 2, 2024.

Dated: December 28, 2023          **BURSOR & FISHER, P.A**.

By:      /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

|   |   |
|---|---|
|   | Facsimile: (925) 407-2700 |
|   | E-mail: ltfisher@bursor.com |
|   | sbogdanovich@bursor.com |

*Attorneys for Plaintiffs*

Dated: December 28, 2023     DUANE MORRIS LLP

By:    */s/ Shireen Yvette Wetmore*
       Shireen Yvette Wetmore

Attorney for Defendant
ARLO TECHNOLOGIES, INC.

### FILER'S ATTESTATION

I, Stefan Bogdanovich, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE OPPOSITION PURSUANT TO LOCAL RULES 6-2 AND 7-12.  In compliance with Civil Local Rule 5-1(i), I hereby attest that all signatories hereto concur in this filing.

    */s/ Stefan Bogdanovich*

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, and good causing appearing, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference shall be continued from January 11, 2024 at 10:00 a.m. to another date set by the Court after it rules on Defendant's pending motion to dismiss.

2. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss is continued from January 5, 2024 to January 19, 2024.

3. Defendant's deadline to file a Reply in support of the Motion to Dismiss is continued to February 2, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                                   EDWARD J. DAVILA
                                                   United States District Judge