1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Stefan Bogdanovich (State Bar No. 324525)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-mail: ltfisher@bursor.com
           sbogdanovich@bursor.com
6
7  *Attorneys for Plaintiffs*

8

9                          **UNITED STATES DISTRICT COURT**

10                         **NORTHERN DISTRICT OF CALIFORNIA**

11

12  CASEY TIBBS, ANDREW CASTILLO, and
    ERIC WILIM, on behalf of themselves and all    Case No.  5:23-cv-05096-EJD
13  others similarly situated,

14                              Plaintiffs,         **STIPULATION AND [PROPOSED]**
                                                    **ORDER TO CONTINUE CASE**
15      vs.                                         **MANAGEMENT CONFERENCE AND**
                                                    **DEADLINE TO FILE OPPOSITION**
16  ARLO TECHNOLOGIES, INC.,                        **PURSUANT TO CIVIL LOCAL RULES**
                                                    **6-2 AND 7-12**
17                              Defendant.
                                                    **\* AS MODIFIED \***
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND DEADLINE TO
FILE OPPOSITION
CASE NO. 5:23-cv-05096-EJD

# STIPULATION

WHEREAS, Plaintiffs Casey Tibbs, Andrew Castillo, and Eric Wilim, filed their Complaint in the above-captioned action on October 4, 2023 (ECF No. 1);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint on December 22, 2023, shortly before the Christmas and New Years' holidays (ECF No. 13);

WHEREAS, pursuant to Local Rules, Plaintiffs' would be required to file an opposition Defendant's Motion to Dismiss 14 days after it is served, on January 5, 2024;

WHEREAS, the Court rescheduled a Case Management Conference for January 11, 2024 at 10:00 a.m. (ECF No. 9);

WHEREAS, the Defendant's Motion to Dismiss is still pending and has been set for hearing on February 15, 2024 at 9:00 a.m. (ECF No. 13);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

1. Subject to the Court's approval, the Case Management Conference shall be continued from January 11, 2024 to a later date set by the Court after the Motion to Dismiss is decided.

2. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss is continued from January 5, 2024 to January 19, 2024.

3. Defendant's deadline to file a Reply in support of the Motion to Dismiss is continued to February 2, 2024.

Dated: December 28, 2023       **BURSOR & FISHER, P.A**.

By:     /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

|   |   |
|---|---|
|   | Facsimile: (925) 407-2700 |
|   | E-mail: ltfisher@bursor.com |
|   | sbogdanovich@bursor.com |
|   | *Attorneys for Plaintiffs* |
| Dated: December 28, 2023 | DUANE MORRIS LLP |
|   | By:     */s/ Shireen Yvette Wetmore* |
|   |         Shireen Yvette Wetmore |
|   | Attorney for Defendant |
|   | ARLO TECHNOLOGIES, INC. |

### FILER'S ATTESTATION

I, Stefan Bogdanovich, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE OPPOSITION PURSUANT TO LOCAL RULES 6-2 AND 7-12.  In compliance with Civil Local Rule 5-1(i), I hereby attest that all signatories hereto concur in this filing.

                                                                         */s/ Stefan Bogdanovich*

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and good causing appearing, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference shall be continued from January 11, 2024 at 10:00 a.m. to March 28, 2024, at 10:00 a.m., in San Jose, Courtroom 4, 5th Floor another date set by the Court after it rules on Defendant's pending motion to dismiss. Joint Case Management Conference Statement due by March 15, 2024.

2. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss is continued from January 5, 2024 to January 19, 2024.

3. Defendant's deadline to file a Reply in support of the Motion to Dismiss is continued to February 2, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated:   December 28, 2023

_____
EDWARD J. DAVILA
United States District Judge